**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FIRST COAST ENERGY, L.L.P.,

              Plaintiff,

v.                                     CASE NO.: 3:12-cv-281-J-32MCR

MID-CONTINENT CASUALTY
COMPANY,

              Defendant.

_____

**ORDER**

Defendant Mid-Continent Casualty Company has filed a notice to remove this case to federal court on the basis of diversity jurisdiction. Notice of Removal, Doc. 1. However, neither the Notice of Removal nor the attachments thereto list the citizenship of each member of Plaintiff First Coast Energy, L.L.P. The citizenship of limited liability companies and limited partnerships depends on the citizenship of each member or partner. See Rolling Greens MHP, L.P. v. Comcast SCH Holdings, L.L.C., 374 F.3d 1020 (11th Cir. 2004). Although Plaintiff filed a certificate of interested parties referencing the constituent parties of First Coast Energy, L.L.P., two of those parties (Motiva Enterprises, L.L.C. and Petro Distributing Partners of Florida, L.L.C.) are themselves L.L.P.s and the citizenship of the third party (Petro Distributing, Inc.) is not stated. Thus, the Court is unable to determine from the filings whether the Court has subject matter jurisdiction. Plaintiff shall therefore file an amended certificate of interested parties or some other supplemental filing **no later than June 11, 2012** stating the names and citizenship of each L.L.P. partner and the constituent

parties.

      **DONE and ORDERED** in Jacksonville, Florida this 25th day of May, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

cm.
Copies To:
Counsel of Record